# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MEYER-CHATFIELD CORP. | : | No. 892 MAL 2016 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| BANK FINANCIAL SERVICES GROUP, STEVEN GOLDBERG, STEVEN GOLDBERG SOLE PROPRIETORSHIP, DAVID PAYNE, ARNOLD WINICK, WILLIAM BORCHERT AND DANIEL BARBAREE | : | |
| | : | |
| MEYER-CHATFIELD ADMINISTRATIVE SERVICES, LLC | : | |
| | : | |
| v. | : | |
| | : | |
| BANK FINANCIAL SERVICES GROUP, STEVEN GOLDBERG, STEVEN GOLDBERG SOLE PROPRIETORSHIP, DAVID PAYNE, ARNOLD WINICK, WILLIAM BORCHERT AND DANIEL BARBAREE | : | |
| | : | |
| PETITION OF: BANK FINANCIAL SERVICES GROUP, STEVEN GOLDBERG, STEVEN GOLDBERG SOLE PROPRIETORSHIP, DAVID PAYNE, ARNOLD WINICK, WILLIAM BORCHERT AND DANIEL BARBAREE (THE "BFS PARTIES") | : | |
| | : | |
| MEYER-CHATFIELD CORP. | : | No. 893 MAL 2016 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| BANK FINANCIAL SERVICES GROUP, STEVEN GOLDBERG, STEVEN GOLDBERG SOLE PROPRIETORSHIP, DAVID PAYNE, ARNOLD WINICK, | : | |

WILLIAM BORCHERT AND DANIEL
BARBAREE

MEYER-CHATFIELD
ADMINISTRATIVE SERVICES, LLC

v.

BANK FINANCIAL SERVICES GROUP,
STEVEN GOLDBERG, STEVEN
GOLDBERG SOLE PROPRIETORSHIP,
DAVID PAYNE, ARNOLD WINICK,
WILLIAM BORCHERT AND DANIEL
BARBAREE

PETITION OF: BANK FINANCIAL
SERVICES GROUP, STEVEN
GOLDBERG, DAVID PAYNE, ARNOLD
WINICK, WILLIAM BORCHERT, DANIEL
BARBAREE, AND STEVEN GOLDBERG
SOLE PROPRIETORSHIP

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.